SCWC-16-0000072

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

ZACHARY FRED BAILEY, Respondent/Plaintiff-Appellee,

vs.

BURRELLE DAVID DUVAUCHELLE, TRUSTEE UNDER
DUVAUCHELLE FAMILY TRUST U/D/T DATED AUGUST 14, 2008,
Petitioner/Defendant-Appellant,

and

BETTY J. DUVAUCHELLE, TRUSTEE UNDER LIVING TRUST OF BURRELLE
DUVAUCHELLE AND BETTY DUVAUCHELLE U/D/T DATED 7/1/91,
Respondent/Defendant-Appellee,

and

LAURENCE H. DORCY, JR.,
Respondent/Defendant-Third Party Plaintiff-Appellee,

vs.

MARY PETERSON, Third Party Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000072; CIV. NO. 06-1-0218(1))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Burrelle David

Duvauchelle's application for writ of certiorari filed on

November 15, 2018, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, January 15, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna



/s/ Richard W. Pollack

/s/ Michael D. Wilson